

Donald BROUSSARD, Plaintiff–
Appellee,

v.

William R. WOODARD, III, Trooper,
Defendant–Appellant.

No. 06–31299.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2007.

Thomas Williams Davenport, Jr., Davenport, Files & Kelly, Monroe, LA, for Plaintiff–Appellee.

Patrick Scott Wolleson GVT, The Boles Law Firm, Monroe, LA, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

For reasons explained by the United States Supreme Court in *Johnson v. Jones,* 515 U.S. 304, 115 S.Ct. 2151, 132 L.Ed.2d 238 (1995), we dismiss this appeal for lack of appellate jurisdiction.

**DISMISSED.**

---

Sandy HERRIN, Individually and as Executrix of the Estate of Richard Lee McAtee, Plaintiff–Appellee,

v.

Paul TAYLOR, Sergeant; James Blanford; Richard Williams, Defendants–Appellants.

No. 06–11278.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2007.

William A. Walsh, Law Office of William A. Walsh, Bowie, TX, for Plaintiff–Appellee.

Kimberly L. Fuchs, Office of the Attorney General Law Enforcement Defense Div., Austin, TX, for Defendants–Appellants.

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

For reasons explained by the United States Supreme Court in *Johnson v. Jones,* 515 U.S. 304, 319–20, 115 S.Ct. 2151, 132 L.Ed.2d 238 (1995), we dismiss

---

* Pursuant to Fifth Circuit Rule 47.5, the Court has determined that this order should not be published and is not precedent except under the limited circumstances set forth in Rule 47.5.4.

* Pursuant to Fifth Circuit Rule 47.5, the Court has determined that this order should not be published and is not precedent except under the limited circumstances set forth in Rule 47.5.4.

this appeal for lack of appellate jurisdiction.

**DISMISSED.**

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Elhim HERNANDEZ, Defendant–
Appellant.**

No. 05–41817
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Armando A. Trevino, Ramos–Trevino Attorneys at Law, Laredo, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Elhim Hernandez pleaded guilty to conspiracy to possess with intent to distribute and possession with intent to distribute over 100 kilograms of marijuana, and he was sentenced to 78 months of imprisonment and four years of supervised release.

Hernandez argues on appeal that the district court clearly erred in increasing his offense level pursuant to U.S.S.G. § 3B1.1(c) based on his role as an organizer, leader, supervisor, or manager. Because testimony at sentencing supports a determination that Hernandez asserted control or influence over at least one other participant in the crime, the district court did not clearly err in applying the § 3B1.1(c) adjustment. *See* § 3B1.1, comment. (n.2); *United States v. Rose,* 449 F.3d 627, 633 (5th Cir.2006).

Hernandez also argues on appeal that the district court clearly erred in increasing his offense level by two levels pursuant to U.S.S.G. § 3C1.1 for obstruction of justice. However, the district court did not clearly err in applying the § 3C1.1 adjustment because its determination that Hernandez's statements to his co-defendants constituted threats against speaking with authorities was plausible in light of the record as a whole. *See United States v. Mann,* 493 F.3d 484, 498 (5th Cir.2007); *Rose,* 449 F.3d at 633; *United States v. Brown,* 54 F.3d 234, 242 (5th Cir.1995).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.